JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOHN OLAF HALVORSON,<br><br>　　　　　Debtor,<br>_____<br><br>BAEK 124TH, LLC, et al.,<br><br>　　　　　Appellants,<br><br>　　　　　v.<br><br>JOHN OLAF HALVORSON,<br><br>　　　　　Appellee.<br>_____ | Case No. SA CV 16-1609 FMO<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Denying Motion for Leave to Appeal issued contemporaneously herewith, IT IS ADJUDGED THAT the above-captioned action is **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 30th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge